IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JAN 20 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PHILIP MICHAEL FRISCIA, Defendant. | CR 16–29–M–DWM–02 PRELIMINARY ORDER OF FORFEITURE |

Defendant Philip Michael Friscia appeared before the Court on October 11, 2016, and entered a plea of guilty to the Indictment and on January 20, 2017, was sentenced to 12 months and one day of custody with three years of supervised release for felon in possession of a firearm, 18 U.S.C. § 922(g). He admitted the forfeiture allegation and indicated there was no objection. Friscia's plea, and the record at sentencing, provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(g).

IT IS ORDERED:

THAT Defendant Friscia's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(g):

- Taurus, model unknown, 9mmPara caliber revolver (serial number

-1-

GX52361)

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

Dated this 20th day of January, 2017.

Donald W. Molloy, District Judge
United States District Court